IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE BENNINGTON STATE BANK,   )<br>                    Plaintiffs,   )<br>                              )<br>v.                            )<br>                              )<br>KAN-TEX CULINARY, LLC et al,  )<br>                    Defendants.)  | Case No. 07-4021-JAR |

**ORDER**

This matter comes before the court upon the oral motion of defendants KAN-TEX CULINARY, LLC, KAN-TEX STEAKHOUSE, INC., and Leonard H. Hammer Jr.'s ("KAN-TEX defendants"), raised during the parties' telephone scheduling conference on May 16, 2007. Pursuant to the court's previous order, these defendants were to answer or otherwise plead to the cross-claim of defendant United States Small Business Administration by May 15, 2007.[1] During the parties' telephone scheduling conference counsel for the KAN-TEX defendants asked, and all other parties agreed, to extend this deadline to May 29, 2007. Accordingly,

IT IS THEREFORE ORDERED that defendants KAN-TEX CULINARY, LLC, KAN-TEX STEAKHOUSE, INC., and Leonard H. Hammer Jr.'s have up to and including May 15, 2007 by which to answer or otherwise plead to the cross-claim of defendant United States Small Business Administration.

IT IS SO ORDERED.

Dated this 16th day of May, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius<br>K. Gary Sebelius<br>U.S. Magistrate Judge

---

[1] See Motion for Extension of Time (Doc. 22) and Order Granting Motion for Extension of Time (Doc. 24).