## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE BENNINGTON STATE BANK, ) | |
| SALINA, KANSAS ) | |
|        Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-4021-JAR |
| ) | |
| KAN-TEX CULINARY, LLC, et. al, ) | |
| ) | |
|        Defendants. ) | |

### ORDER

This matter comes before the court upon counsel for Motion of Cosgrove, Webb and Oman and Robert L. Baer to Withdraw as Counsel (Doc. 23). Mr. Baer represents defendants KAN-TEX CULINARY, LLC, KAN-TEX STEAKHOUSE, INC. and Leonard H. Hammer, Jr.'s ("KAN-TEX defendants"). Mr. Baer's staff has informed the court that Mr. Baer would like to withdraw the present motion. Accordingly,

IT IS THEREFORE ORDERED Mr. Baer's Motion of Cosgrove, Webb and Oman and Robert L. Baer to Withdraw as Counsel (Doc. 23) is denied as moot.

IT IS SO ORDERED.

Dated this 11thday of June, 2007, at Topeka, Kansas.

                                                    s/ K. Gary Sebelius  
                                                  K. Gary Sebelius  
                                                  U.S. Magistrate Judge